## Lake Shore & Michigan Southern Railway Company *v.* Johnson.

[No. 6,174. Filed June 11, 1908.]

From St. Joseph Circuit Court; *Walter A. Funk*, Judge.

Action by Charles A. Johnson against the Lake Shore & Michigan Southern Railway Company. From a judgment for plaintiff, defendant appeals. *Transferred to Supreme Court.* (See — Ind. —.)

*Miller, Drake & Hubbell*, for appellant.
*Brick & Bates, M. R. Sutherland* and *R. N. Smith*, for appellee.

Per Curiam.—This cause being submitted to the entire court, and four judges not concurring in the result, the case is hereby transferred to the Supreme Court under section fifteen of the act approved March 12, 1901. Acts of 1901, p. 565, §1399 Burns 1908.